IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KIMBERLY ANN SMITH**                                                              **PLAINTIFF**

VS.                              No.  3:20-cv-00364 PSH

**KILOLO KIJAKAZI, Acting Commissioner,**
   **Social Security Administration**                                              **DEFENDANT**

### JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE